UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES MURTHA,

                      Plaintiff,

      -against-                                    17 **CIVIL** 10040 (PMH)

## **JUDGMENT**

NEW YORK STATE GAMING
COMMISSION, et al.,

                      Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 15, 2022, Defendants' motion for summary judgment with respect to Plaintiff's claims for relief asserted under federal law is GRANTED. The Court declines to exercise supplemental jurisdiction over Plaintiff's NYSHRL claims and dismisses same without prejudice to re-filing in the proper forum; accordingly, the case is closed.

**Dated:**  New York, New York

        March 16, 2022

                                                              **RUBY J. KRAJICK**
                                                                Clerk of Court
                                         BY:
                                                                 Deputy Clerk